UNITED STATES PRETRIAL SERVICES AGENCY
EASTERN DISTRICT OF NEW YORK

ADDENDUM
To the Pretrial Services Memorandum Dated

April 3, 2013

RE: Hugh Goodman

Case/Docket No.: 10:CR-351-1

The purpose of this memorandum is to update the court subsequent to the issuance of the arrest warrant for the defendant on April 3, 2013. On April 4, 2013, the defendant contacted Pretrial Services through the voice verification system at 1:52 am advising of an issue from the prior day. The undersigned was able to speak with the defendant at 8:00 am on April 4, 2013 by phone. He explained that on April 2, 2013 he was returning home by car when he was stopped by a New York City Police Department traffic check point at 7:00 pm. The officers checked his drivers license which was verified suspended for child support arrears; the defendant advised he did not know his drivers license was suspended. The defendant stated he was held in the back of a patrol car until approximately 11:00 pm at which point he was transported to the 67th Precinct. He advised being held overnight, processed through central booking, and he ultimately appeared before a state court judge at 11:00 pm on April 3, 2013 where he was released with a $180 fine. It should be noted to the court that the arrest of the defendant did not show on either the New York State E-Justice criminal record check system or on the national ATLAS system. Furthermore, a Pretrial Services supervisor attempted to obtain a copy of the arrest report directly from NYPD through a mutual connection, however, she was advised there was no internal report.

The defendant reported to Pretrial Services at 11:55 am on April 4, 2013 and met with Supervising Officer, Ignance Sanon-Jules. He provided a copy of his New York Criminal Court notice instructing him to report on June 6, 2013 at 9:30 am to pay the $180 fine as well a property receipt from the 67th Precinct showing return of his personal property. Pretrial Services conducted a New York State Department of Motor Vehicle drivers license check which shows the defendant's drivers license suspended for child support arrears. He was instructed to report to DMV and attempt to restore his license.

The defendant was contacted by the undersigned on April 5, 2013 and he was instructed to appear before Your Honor for a status conference on April 9, 2013 at 3:00 pm. Should Your Honor have any questions or concerns, please contact the undersigned at 718-613-2660.

Prepared by:

_____
Ryan Lehr

Pretrial Services Officer

Date Prepared: 4/8/2013

Approved by:

_____
Ignace Sanon-Jules

Supervising U.S. Pretrial Services Officer